# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0618. JERMAINE WALLACE et al. v. CITY OF ATLANTA.**

After their son was killed while walking to school, Jermaine Wallace and Dorothy Wallace filed a wrongful death suit against the City of Atlanta ("the City") and several other defendants, including the Georgia Department of Transportation and Antoinette Monique Peters. The City filed a motion to dismiss on the basis of insufficient ante litem notice, and the trial court granted the City's motion. The Wallaces thereafter filed this direct appeal. We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b). Id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (footnote omitted).

Here, the trial court did not direct the entry of judgment under OCGA § 9-11-54 (b) and it appears that the Wallaces' claims against the other defendants remain pending. Thus, the Wallaces were required to use the interlocutory appeal

procedure – including obtaining a certificate of immediate review from the trial court – to appeal. See OCGA § 5-6-34 (b); *Shoenthal*, 333 Ga. App. at 730. Their failure to do so means we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, __12/07/2022__*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*